CSD 3000A [11/15/04]

Name, Address, Telephone No. & I.D. No.
Dean T. Kirby, Jr. (SBN 090114)
Roberta S. Robinson (SBN 99035)
Kirby & McGuinn, A P.C.
707 Broadway, Ste. 1750
San Diego, California 92010
Tel. 619-685-4000 Fax 619-685-4004
Attorneys for Leonard Ackerman, Trustee

Order Entered on
November 13, 2014
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**

SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

TREASURES, INC.

Debtor.

BANKRUPTCY NO. 12-06689-MM-7

Leonard Ackerman

Plaintiff(s)

ADVERSARY NO. 14-90075-MM

v.
OSAS, INC., et. al

Defendants(s)

Date of Hearing: na
Time of Hearing: na
Name of Judge: M. Mann

# ORDER ON
# NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through 2 with exhibits, if any, for a total of 4 pages, is granted. Motion/Application Docket Entry No. 468, in the main bankruptcy case.

//

//

//

//

DATED: November 12, 2014

/s/ Margaret M Mann

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:
Kirby & McGuinn, A P.C.

_____
(Firm name)

By:/s/ Roberta S. Robinson
Attorney for [x] Movant  [ ] Respondent

CSD 3000A

CSD 3000A [11/15/04](Page 2)
ORDER ON NOTICE   FOR DISMISSAL WITH PREJUDICE
DEBTOR: TREASURES, INC.                                              CASE NO.:12-06689-MM-7

ADV. NO.14-90075

Pursuant to the Notice of Dismissal of Adversary Proceeding (Doc.25), a copy of which is attached hereto, and as previously approved by this Court as part of its order approving of the settlement agreement between the parties to the above-entitled Adversary Proceeding (Doc. 468 filed in the main bankruptcy case):

The above entitled adversary proceeding is dismissed with prejudice.

CSD 3000A

Signed by Judge Margaret M. Mann November 12, 2014

Dean T. Kirby, Jr.    (SBN 090114)
Roberta S. Robinson (SBN 99035)
**KIRBY & McGUINN, A P.C.**
707 Broadway, Suite 1750
San Diego, California 92101
Telephone:  (619) 685-4000
Facsimile:    (619) 685-4004

Attorneys for Trustee, Leonard J. Ackerman

### UNITED STATES BANKRUPTCY COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>TREASURES, INC.<br><br>LEONARD ACKERMAN<br><br>            Plaintiff,<br><br>v.<br><br>OSAS, INC., et al, Defendants | Bankruptcy Case No. 12-06689-MM-7<br><br>Adversary Proceeding No. 14-90075-MM<br><br><br><br>NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, as incorporated and made applicable by Federal Rule of Bankruptcy Procedure 7041, and entry of an order by the above-entitled Court on October 2, 2014 on (1)Trustee's Unapposed Motion for Approval of Settlement Between OSAS and the Estate and (2)Osas Parties' Revised and Supplemental

NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

Bankruptcy Case No.: 12-06689, Adversary Proceeding No.: 14-90075-MM             Page 1

Signed by Judge Margaret M. Mann November 12, 2014

Application for Compensation and Reimbursement of Expenses (Doc.468), Plaintiff voluntarily dismisses Adversary Proceeding 14-90075 MM, with prejudice.

Dated: November 11, 2014    Kirby & McGuinn

/s/ Roberta S. Robinson
By:Roberta S. Robinson
Attorneys for Plaintiff,
Leonard Ackerman, Trustee

---

NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

Bankruptcy Case No.: 12-06689, Adversary Proceeding No.: 14-90075-MM                Page 2

Signed by Judge Margaret M. Mann November 12, 2014

United States Bankruptcy Court
Southern District of California

Ackerman,
    Plaintiff                                                                                             Adv. Proc. No. 14-90075-MM
OSAS, Inc.,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0974-3        User: hkelly           Page 1 of 1              Date Rcvd: Nov 13, 2014
                             Form ID: pdfO10       Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2014.
dft          +Michael G. Bergthold,   502 Sheffield Avenue,   Cardiff, CA 92007-1642
dft          +OSAS, Inc.,   Attn: M G Bergthold,   12340 El Camino Real, Ste. 250,   San Diego, CA 92130-3093
dft          +Susan H. Snow,   PO Box 8157,   Rancho Santa Fe, CA 92067-8157

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: ustp.region15@usdoj.gov Nov 13 2014 22:28:48    United States Trustee,
            Office of the U.S. Trustee,   402 West Broadway, Ste. 600,   San Diego, CA  92101-8511
                                                                                                               TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust*          United States Trustee,   Office of the U.S. Trustee,   402 West Broadway, Suite 600,
            San Diego, CA  92101-8511
                                                                                                      TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2014                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2014 at the address(es) listed below:
            Dean T. Kirby, Jr.   on behalf of Plaintiffs Leonard J. Ackerman dkirby@kirbymac.com,
      jwilson@kirbymac.com;rrobinson@kirbymac.com;Jacquelyn@ecf.inforuptcy.com;twright@kirbymac.com
            Leonard J. Ackerman    ljabkatty@gmail.com,   lja@trustesolutions.net
            Michael D. Breslauer   on behalf of Defendant Susan H. Snow mbreslauer@swsslaw.com,
      wyones@swsslaw.com
            Michael D. Breslauer    on behalf of Defendant Michael G. Bergthold mbreslauer@swsslaw.com,
      wyones@swsslaw.com
            Michael D. Breslauer    on behalf of Defendant  OSAS, Inc. mbreslauer@swsslaw.com,
      wyones@swsslaw.com
                                                                                                          TOTAL: 5